# Court of Appeals
# of the State of Georgia

ATLANTA,  June 23, 2021

*The Court of Appeals hereby passes the following order:*

## A21D0350. DRAMEEKA TAYLOR v. ANDRE JOHNSON.

We granted Drameeka Taylor's application for discretionary review of an order requiring her to pay respondent Andre Johnson's attorney fees under OCGA § 9-15-14. See Case No. A21D0205 (Feb. 26, 2021). Approximately six weeks later, Johnson filed a motion to dismiss Taylor's appeal because she had not filed a notice of appeal in the trial court. The trial court granted the motion, finding that Taylor had "abandoned any intent to pursue an appeal." Taylor now seeks discretionary review of the trial court's dismissal order.

"[W]ithin ten days after an order is issued granting [an application for a discretionary] appeal, the applicant, to secure a review of the issues, shall file a notice of appeal as provided by law." OCGA § 5-6-35 (g). A timely notice of appeal is required to confer jurisdiction upon an appellate court. See *Moncrief v. Tara Apartments*, 162 Ga. App. 695, 695 (293 SE2d 352) (1982); see also OCGA § 5-6-37 ("[A]n appeal may be taken to . . . the Court of Appeals by filing with the clerk of the court wherein the case was determined a notice of appeal.").

Although we granted Taylor's discretionary application, thereby giving her permission to file a notice of appeal in the trial court, she did not file one. Thus, no appeal was initiated, and our jurisdiction has not been invoked. The trial court's order purporting to dismiss Taylor's appeal is of no legal effect and presents nothing for us

to review. This application is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* <u>06/23/2021</u>

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

<u>Stephen E. Castlen</u> *, Clerk.*